FILED

UNITED STATES DISTRICT COURT

2018 JAN 22   P 5:08   DISTRICT OF CONNECTICUT

U.S. DISTRICT COURT
NEW HAVEN, CT.

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 3:18CR 8 (AWT) |
| v. | VIOLATION: |
| KEVIN DUNN | 18 U.S.C. § 1349<br>(Conspiracy to Commit Wire Fraud) |

## INFORMATION

The United States Attorney charges:

### COUNT ONE
(Conspiracy to Commit Wire Fraud)

1. From approximately 2011 to approximately 2014, the exact dates being unknown to the United States Attorney, in the District of Connecticut and elsewhere, the defendant, KEVIN DUNN, did unlawfully, knowingly, and intentionally combine, conspire, confederate, and agree with others, both known and unknown to the United States Attorney, to commit an offense against the United States, that is, knowingly and willfully devising and intending to devise a scheme and artifice to defraud, and for obtaining money and property from Company 1, whose identity is known to the United States Attorney, by means of materially false and fraudulent pretenses, representations, and promises, and for the purpose of executing and attempting to execute the aforementioned scheme and artifice to defraud and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, did knowingly transmit and cause to be transmitted, by means of wire communications in interstate and foreign commerce, writings, signs, signals, pictures, and sounds, in violation of Title 18, United States Code, Section 1343.

All in violation of Title 18, United States Code, Section 1349.


UNITED STATES OF AMERICA

_____
JOHN H. DURHAM
UNITED STATES ATTORNEY

_____
DOUGLAS P. MORABITO
ASSISTANT UNITED STATES ATTORNEY